FILED
ASHEVILLE, N. C.
APR 1 9 2006
U.S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>vs.<br>JOHNSON LEE TAYLOR,<br>   Defendant.<br>and<br>EASTERN BAND OF CHEROKEE INDIANS,<br>   Garnishee. | CASE NO. 2:00CR3<br>(Financial Litigation Unit) |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against the defendant Johnson Lee Taylor on March 11, 2005 is DISMISSED.

This the 19th day of April 2006:

_____
LACY H. THORNBURG
UNITED STATES DISTRICT COURT JUDGE